**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DERICK SMITH,**
                    **Plaintiff,**

**-vs-**                                                          **Case No.  6:07-cv-955-Orl-18KRS**

**PENNY L. BURNSIDE,**
**KIM DICKEY,**
**ANGELA FRYER,**
                    **Defendants.**

_____

## ORDER

        The case was referred to the United States Magistrate Judge for report and recommendation on defendant's motion for leave to proceed *in forma pauperis* (Doc. 2).  The Court having reviewed the report and recommendation of the magistrate judge, and the objection filed by the plaintiff (Doc. 5), it is hereby

        **ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  This case is DISMISSED without prejudice, and the motion to proceed *in forma pauperis* is DENIED without prejudice.  Clerk of the Court is directed to CLOSE the case.

        It is **SO ORDERED** in Orlando, Florida, this 30ᵗʰ day of July, 2007.

Copies to:

Derick Smith
Counsel of Record

                                                    G. KENDALL SHARP
                                                    SENIOR UNITED STATES DISTRICT JUDGE