**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DERICK SMITH,**
                **Plaintiff,**

**-vs-**                                                                         **Case No. 6:07-cv-955-Orl-18KRS**

**PENNY L. BURNSIDE,**
**KIM DICKEY,**
**ANGELA FRYER,**
                **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 8)**
>
> **FILED:**    **November 20, 2007**

    On June 6, 2007, Plaintiff Derick Smith filed a complaint against Florida Parole Commission employees Penny L. Burnside, Kim Dickey, and Angela Fryer, seeking monetary damages under 42 U.S.C. § 1983 for alleged constitutional violations committed with respect to the calculation and enforcement of Smith's conditional supervised release. Doc. No. 1. Smith also filed a motion for leave to proceed *in forma pauperis*. Doc. No. 2.

    A Report and Recommendation was issued on Smith's motion to proceed *in forma pauperis*, recommending that the motion be denied without prejudice and that the complaint be dismissed without prejudice. Doc. No. 4. Despite Smith filing an objection, the presiding district judge approved the Report and Recommendation and dismissed the case without prejudice. Doc. No. 6. The Clerk of Court was directed to close the file, which was done on July 30, 2007. *Id.*

After the case had been closed for over three months, Smith filed an amended complaint, doc. no. 7, an Application to Proceed Without Prepayment of Fees, doc. no. 8, and an Affidavit of Indigency, doc. no. 9. Smith's amended complaint did not raise any claims; rather, it addressed some of the issues raised in the previous Report and Recommendation recommending that the case be dismissed.

When a case has been closed, a party must first move, pursuant to Federal Rule of Civil Procedure 60(b), to reopen the case before any additional relief can be sought. As Smith has not sought to reopen the case, the filing of the amended complaint and motion for leave to proceed *in forma pauperis* was improper.

It is, therefore, respectfully recommended that Plaintiff's Amended Civil Rights Complaint, doc. no. 7, Application to Proceed Without Prepayment of Fees, doc. no. 8, and Smith's Affidavit of Indigency, doc. no. 9, be **STRICKEN**. In the alternative to filing a motion to reopen in this action, Smith may file a new action in the proper venue.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 12, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy