**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DERICK SMITH,**
            **Plaintiff,**

**-vs-**                                                       **Case No.  6:07-cv-955-Orl-18KRS**

**PENNY L. BURNSIDE,**
**KIM DICKEY,**
**ANGELA FRYER,**
            **Defendants.**

## **ORDER**

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 8).  The Court having reviewed the report and recommendation of the magistrate judge, and the Response to Report and Recommendation (Doc. No. 11) filed by the Plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  Therefore, Plaintiff's Amended Civil Rights Complaint (Doc. No. 7), Application to Proceed Without Prepayment of Fees (Doc. No. 8), and Plaintiff's Affidavit of Indigency (Doc. No. 9) is **STRICKEN**.   Plaintiff may file a new action in the proper venue.

It is **SO ORDERED** in Orlando, Florida, this 3rd day of January, 2008.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Unrepresented party
United States Magistrate Judge